```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

MELISSA D. BUMPUS,                  :
                                    :
    Plaintiff,                      :
                                    :
v.                                  :     CIVIL ACTION 06-0778-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Melissa D. Bumpus and against Defendant Michael J. Astrue.

DONE this 19th day of June, 2007.

```
                          s/BERT W. MILLING, JR.
                          UNITED STATES MAGISTRATE JUDGE
```