IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
MELISSA D. BUMPUS,            :
                              :
     Plaintiff,               :
                              :
vs.                           :   CIVIL ACTION 06-0778-M
                              :
MICHAEL J. ASTRUE,            :
Commissioner of               :
Social Security,              :
                              :
     Defendant.               :
```

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be **AWARDED** an EAJA attorney's fee in the amount of $4,495.98.  No costs are taxed.

DONE this 25th day of September, 2007.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE IN THE